# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
JOHN G. HEYBURN II
CHIEF JUDGE

UNITED STATES COURTHOUSE
LOUISVILLE, KY 40202
(502) 625-3620
FAX: (502) 625-3639

March 9, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Gentlemen:

 I am enclosing my 2005 Financial Disclosure Report. In Section VIII (Note 2), certain newly disclosed assets are explained in the manner that I trust is consistent with the advice of your staff.

 The following is a further explanation. ███████████████, was the original incorporator, manager and sole shareholder of R.H. Burnhey Investments LLC (the "Company"). In 2002 she gifted me shares in the Company but I had no right to control the underlying assets. I did receive income from the Company. Inadvertently that income was not reported in 2002 or 2003. In April 2004, I became manager and gained some right to control the assets. Inadvertently this information was not contained in the 2004 report. In this report I have listed all the assets of the Company as now appropriate. Currently, the Company is dissolving and distributing its assets. I will report that transaction next year.

 I trust this explanation is satisfactory.

Sincerely,



Enclosure

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>HEYBURN II, JOHN G | 2. Court or Organization<br><br>U.S.D.C.KENTUCKY WESTERN | 3. Date of Report<br><br>3/9/2006 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,  Date<br><br>◯ Initial   ⦿ Annual   ◯ Flnal | 6. Reporting Period<br><br>1/1/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>239 U.S. Courthouse<br>Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.     Trustee | Charitable Foundation - H |
| 2.     Manager | R.H. Burnhey Investments LLC |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2006 MAR 15 A 11: 08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Capital One Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▆ Trust | D | Dividend | | | | | | | |
| 2. ▆ Trust | C | Dividend | | | | | | | Note 1 |
| 3. HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4. Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5. Berkshire Hathaway-B | | | | | | | | | |
| 6. Bristol Myers Squibb | | | | | Sold All | 3/1 | K | | |
| 7. Chevron | | | | | | | | | |
| 8. Cincinnati Fin. | | | | | | | | | |
| 9. Exxon Mobil | | | | | | | | | |
| 10. MBIA | | | | | | | | | |
| 11. Growth Fd. Of America | | | | | | | | | |
| 12. HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 12a. Growth Fd. of America | | | | | | | | | |
| 14. Invest.Co.of Am. | | | | | | | | | |
| 15. Smallcap Wld.Fd. | | | | | | | | | |
| 16. OTHER INVESTMENTS | | | | | | | | | |
| 17. Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |
| 18. Anheuser Busch | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BP PLC | A | Dividend | K | T | | | | | |
| 20. Berkshire Hathaway | A | Dividend | L | T | | | | | |
| 21. Bristol Myers Squibb | C | Dividend | L | T | | | | | |
| 22. Brown Forman Inc. | A | Dividend | L | T | | | | | |
| 23. Chevron Corp. | B | Dividend | L | T | | | | | |
| 24. Cincinnati Fin.Corp. | A | Dividend | | | sold | 4/15 | K | E | |
| 25. Cincinnati Fin.Corp | A | Dividend | | | gift | 2/8 | J | B | |
| 26. Clorox Co. | A | Dividend | L | T | | | | | |
| 27. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 28. Computer Services Inc. | A | Dividend | L | T | buy | 1/10 | K | | |
| 29. Disney Co. | A | Dividend | K | T | | | | | |
| 30. Ebay Inc. | A | Dividend | K | T | | | | | |
| 31. Exxon Mobil | B | Dividend | M | T | | | | | |
| 32. General Electric Co. | B | Dividend | M | T | | | | | |
| 33. GlaxcoSmithKline PLC * | A | Dividend | K | T | | | | | * name change |
| 34. Growth Fd. Of America | A | Dividend | L | T | | | | | |
| 35. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 36. Home Depot Inc. | A | Dividend | M | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 38. MBIA Inc. | A | Dividend | L | T | | | | | |
| 39. McGraw-Hill Cos. | A | Dividend | K | T | | | | | |
| 40. Merck and Co. | A | Dividend | K | T | | | | | |
| 41. Microsoft | A | Dividend | M | T | | | | | |
| 42. Moodys | A | Dividend | L | T | | | | | |
| 43. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 44. Sara Lee Corp. | A | Dividend | K | T | | | | | |
| 45. Schlumberger Ltd | A | Dividend | K | T | buy | 7/12 | K | | |
| 46. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 47. SY Bank Corp. | A | Dividend | J | T | | | | | |
| 48. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 49. Verizon Communications | A | Dividend | J | T | | | | | |
| 50. Walgreens | A | Dividend | K | T | | | | | |
| 51. Washington Mut. Inc. | A | Dividend | K | T | | | | | |
| 52. Wyeth, formerly Amer.Home Prod. | C | Dividend | M | T | | | | | |
| 53. Zebra Tech. | A | Dividend | J | T | | | | | |
| 54. Zimmer Hldgs | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS   – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.   TRUST - (⬛ Tr.) | D | Dividend | N | T | | | | | |
| 56.   Blackrock Fd. | | | | | | | | | |
| 57.   Gen.Elect. | | | | | | | | | |
| 58.   National City | | | | | | | | | |
| 59.   PNC Bank | | | | | | | | | |
| 60.   SY Bank | | | | | sold all | 2/25 | K | C | |
| 61.   JP Morgan Co. | | | | | | | | | |
| 62.   TRUST (⬛ Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 63.   Ky. Tax Exempt Money Fd | | | | | | | | | |
| 64.   BP PLC ADR | | | | | | | | | |
| 65.   Citigroup Inc. | | | | | buy | 2/25 | K | | |
| 66.   Coca Cola Co | | | | | | | | | |
| 67.   Gannett Co. | | | | | | | | | |
| 68.   General Electric | | | | | buy | 2/1 | J | | |
| 69.   GlaxoSmithKline PLC * | | | | | | | | | * Name Change |
| 70.   Honeywell Intl. | | | | | | | | | |
| 71.   Johnson & Johnson | | | | | | | | | |
| 72.   Marsh & McLennan | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. McGraw-Hill Co. | | | | | | | | | |
| 74. National City Corp. | | | | | | | | | |
| 75. Nokia Corp. | | | | | | | | | |
| 76. Proctor & Gamble | | | | | | | | | |
| 77. Schlumberger Ltd. | | | | | | | | | |
| 78. Verizon Communications | | | | | Sold all | 3/05 | K | C | |
| 79. CHARITABLE FOUNDATION - (JGH Fd.) | C | Dividend | K | T | | | | | |
| 79a. Hilliard Lyons Growth | | | | | | | | | |
| 81. ING ReliaStar Ins.Co. Universal Life Policy | | | N | V | | | | | Note 3 |
| 82. MONY Whole Life | | | K | V | | | | | Note 3 |
| 83. R.H. BURNHEY INVEST. LLC | D | Dividend | N | T | | | | | Note 2 |
| 84. American Int Group | | | | | | | | | |
| 85. BP PLC | | | | | | | | | |
| 86. Birstol Myers Squibb | | | | | | | | | |
| 87. Citigroup Inc. | | | | | | | | | |
| 88. Compass Bksh Inc. | | | | | | | | | |
| 89. Dell Inc. | | | | | | | | | |
| 90. Dominion Res Inc. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/9/2006 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Emerson Electric Co. | | | | | | | | | |
| 92. General Electric Co. | | | | | | | | | |
| 93. Harbor Inter. Fd. | | | | | | | | | |
| 94. Ky. Tax Ex Mon Mkt Fd | | | | | | | | | |
| 95. Ky. Tax Ex Fd | | | | | | | | | |
| 96. Kimberly-Clark Corp. | | | | | | | | | |
| 97. McGraw-Hill Cos. | | | | | | | | | |
| 98. Medtronic Inc. | | | | | | | | | |
| 99. Microsoft | | | | | | | | | |
| 100. Omnicom Group Inc. | | | | | | | | | |
| 101. Pepsico Inc. | | | | | | | | | |
| 102. Pfizer Inc. | | | | | | | | | |
| 103. Pitney Bowes Inc. | | | | | | | | | |
| 104. Sungard Data Sys. Inc. | | | | | | | | | |
| 105. Templeton Inst. Fd. | | | | | | | | | |
| 106. Verizon Communications | | | | | | | | | |
| 107. Wells Fargo Co. | | | | | | | | | |
| 108. Wyeth, formerly Amer. Home Prod. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Note 1: This is a ▇▇▇ trust from which I receive income only and have no role or power of administration. Previously inadvertently unreported.

Note 2: R.H. Burnhey Investments LLC (the "Company") was created in 2001. I have owned shares in the Company since January, 2002. Inadvertently, I did not previously report cash distributions that I received each year. In April 2004, I became manager with some right of management. Inadvertently I did not report this last year. In this year's report, listed under R.H. Burnhey Investments LLC, I have listed all the underlying assets of the Company. The Company is now in the process of dissolving and distributing its assets.

Note 3: This is an insuance policy on my life, with ▇▇▇▇ as beneficiary. Previously inadvertently unreported.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/9/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date ___3-9-06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544